UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:19-CR-00111-D-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EUGENIO CARLOS-ALFONSO | ORDER |

This matter having come before the Court by the Defendant's motion for an order sealing the proposed sealed motion, DE 530, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the proposed sealed motion court remain under seal.

This ~~20th~~ 22 day of February, 2021.

JAMES C. DEVER III
United States District Judge