IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00111-3D

UNITED STATES OF AMERICA      :
                              :
v.                            :
                              :
EUGENIO CARLOS-ALFONSO        :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, on March 2, 2020 to offenses in of violation of 21 U.S.C. §§ 841(a)(1), 846, and 2, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit:

a) a Helwan 9mm firearm, bearing serial number 1114838;

b) a Sears & Roebuck, Model 200, 12 gauge shotgun, bearing serial number P341394;

c) a Bolt Action rifle, bearing serial number 85810; and

d) any and all related ammunition;

AND WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant, the United States is

1

hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall become final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This __3__ day of __March__, 2021.

JAMES C. DEVER III
United States District Judge

2